**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jamaal Wheaton                                    CHAPTER 13
       Kashara  Wheaton

             Debtor(s)                          BKY. NO. 23-13586 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                     Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Dec 2023, 16:24:38, EST


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322