**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jamaal & Kashara Wheaton | : | Chapter 13 |
| Debtor | : | Case No.: 23-13586 PMM |

### RESPONSE TO MOTION FOR RELIEF FILED BY BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. By way of further response, if any payments have been missed post petition, Debtors are able and desirous creating a stipulation to enable Debtors to make Movant whole on any missed payments.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

Wherefore, Debtor asks this Honorable Court to deny Movant's Motion for Relief of the Automatic Stay.

                                            **Lazarus Law, LLC**
                    By:    */s/Matthew Lazarus*
                           Matthew Lazarus, Esq
                           *1653 Lititz Pike #105*
                           *Lancaster, PA 17601*
                           *Phone: (717) 298-0852*
                           *matthew@lazaruslawoffice.com*

Date: February 9, 2024