#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Jamaal Wheaton and** | : | **Chapter 13** |
| **Kashara Wheaton,** | : | |
| **Debtor**s | : | |
| | : | Case No.   23-13586-pmm |
| | : | |
| | : | |

#### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW,** upon consideration of the Motion for Relief from Stay (doc. #15, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #17);

**AND,** the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

**It is hereby ORDERED that:**

1. **On or before February March 21, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.**

2. **Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.**

**02/20/2024**

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**