# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | CHAPTER 13 |
| JAMAAL WHEATON, and | | CASE NO.: 23-13586-PMM |
| KASHARA WHEATON | Debtor | STIPULATION RESOLVING BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC, | Movant | |
| JAMAAL WHEATON, and KASHARA WHEATON, | Respondent | |
| and | | |
| SCOTT F. WATERMAN | Trustee | |

### ORDER APPROVING STIPULATION RESOLVING BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC's Motion for Relief from Automatic Stay is approved.

**Date: March 19, 2024**

_Patricia M. Mayer_
Patricia M. Mayer
United States Bankruptcy Judge