# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jamaal Wheaton<br>Kashara Wheaton<br><br>        <u>Debtor(s)</u><br><br>PENNYMAC LOAN SERVICES, LLC<br>        <u>Movant</u><br>    vs.<br><br>Jamaal Wheaton<br>Kashara Wheaton<br>        <u>Debtor(s)</u><br><br>Scott F. Waterman<br>        <u>Trustee</u> | CHAPTER 13<br><br><br><br>NO. 23-13586 PMM<br><br><br><br><br>11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this __28th__ day of __March__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*/s/ Patricia M. Mayer/*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge