United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13586-pmm |
| Jamaal Wheaton | Chapter 13 |
| Kashara Wheaton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jamaal Wheaton, Kashara Wheaton, 1185 Edgemoor Ct., Lancaster, PA 17601-5197 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| MATTHEW LAZARUS | on behalf of Debtor Jamaal Wheaton matthew@lazaruslawoffice.com lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW LAZARUS | on behalf of Joint Debtor Kashara Wheaton matthew@lazaruslawoffice.com lazarus.matthewr109146@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jamaal Wheaton<br>           Kashara Wheaton<br><br>                            **Debtor(s)**<br><br>PENNYMAC LOAN SERVICES, LLC<br>                            **Movant**<br>        vs.<br><br>Jamaal Wheaton<br>Kashara Wheaton<br>                            **Debtor(s)**<br><br>Scott F. Waterman<br>                            **Trustee** | CHAPTER 13<br><br><br><br>NO. 23-13586 PMM<br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  28th  day of  March , 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge