# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jamaal Wheaton<br>          Kashara Wheaton<br><br>                    Debtors<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Jamaal Wheaton<br>Kashara Wheaton<br>                    Debtors<br><br>Scott F. Waterman<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 23-13586 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **January 11, 2024**.

Dated: April 18, 2024

Respectfully submitted,

/s/Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mfarrington@kmllawgroup.com