UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jamaal Wheaton<br>    Kashara Wheaton<br><br>                Debtors | Chapter 13<br>Bankruptcy No.23-13586-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 2nd day of May, 2024, by first class mail upon those listed below:

Jamaal Wheaton
Kashara Wheaton
1185 Edgemoor Ct.
Lancaster, PA  17601

**Electronically via CM/ECF System Only:**

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
1653 LITITZ PIKE, #105
LANCASTER, PA  17601

                                                          */s/ Kristen Gliem*
                                                          Kristen Gliem
                                                          for
                                                          Scott F. Waterman, Esquire
                                                          Standing Chapter 13 Trustee