## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KASHARA WHEATON AND JAMAAL WHEATON<br><br>                                    Debtors<br><br>CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>                                    Movant<br><br>                  vs<br><br>KASHARA WHEATON AND JAMAAL WHEATON<br><br>                                  Respondents<br><br>       and<br><br>SCOTT F. WATERMAN<br><br>                                  Trustee | CHAPTER 13<br><br>CASE NO.: 23-13586-PMM<br><br>STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY |

### ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay is approved.

**Date: August 19, 2024**

                                                *Patricia M. Mayer*
                                          _____
                                          Hon. Patricia M. Mayer
                                          United States Bankruptcy Judge