Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13586-PMM**

Jamaal Wheaton  
Kashara Wheaton  
1185 Edgemoor Ct.  
Lancaster  PA    17601

Petition Filed Date: 11/28/2023  
341 Hearing Date: 02/06/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $887.00 | | 02/06/2024 | $887.00 | | 03/07/2024 | $887.00 | |
| 04/08/2024 | $887.00 | | 05/02/2024 | $1,218.00 | | 06/03/2024 | $1,218.00 | |
| 07/03/2024 | $1,218.00 | | | | | | | |

**Total Receipts for the Period:  $7,202.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $4,330.48 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $943.34 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,847.50 | $0.00 | $0.00 |
| 4 | US DEPARTMENT OF EDUCATION »» 004 | Unsecured Creditors | $73,993.26 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $6,480.08 | $0.00 | $0.00 |
| 6 | CARVANA, LLC/BRIDGECREST »» 006 | Secured Creditors | $1,613.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,558.96 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $632.50 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $922.47 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $2,774.11 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $397.75 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK »» 012 | Unsecured Creditors | $884.43 | $0.00 | $0.00 |
| 13 | DISCOVER BANK »» 013 | Unsecured Creditors | $5,582.48 | $0.00 | $0.00 |
| 14 | PENNYMAC  LOAN SERVICES LLC »» 014 | Mortgage Arrears | $46,007.41 | $0.00 | $0.00 |
| 15 | DISCOVER BANK »» 015 | Unsecured Creditors | $2,847.50 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13586-PMM**

| # | Creditor | Class | Claim | | |
|---|---|---|---|---|---|
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $252.18 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $330.25 | $0.00 | $0.00 |
| 18 | NAVY FEDERAL CREDIT UNION »» 018 | Unsecured Creditors | $533.40 | $0.00 | $0.00 |
| 19 | NAVY FEDERAL CREDIT UNION »» 019 | Unsecured Creditors | $1,330.52 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $144.26 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $283.68 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $1,622.19 | $0.00 | $0.00 |
| 23 | CAPITAL ONE AUTO FINANCE »» 23S | Secured Creditors | $319.26 | $0.00 | $0.00 |
| 24 | CAPITAL ONE AUTO FINANCE »» 23U | Unsecured Creditors | $2,095.58 | $0.00 | $0.00 |
| 25 | INFINIA SEARCH INC »» 024 | Unsecured Creditors | $88,578.19 | $0.00 | $0.00 |
| 26 | QUANTUM3 GROUP LLC AS AGENT FOR »» 025 | Unsecured Creditors | $25,498.11 | $0.00 | $0.00 |
| 27 | QUANTUM3 GROUP LLC AS AGENT FOR »» 026 | Unsecured Creditors | $26,716.39 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR »» 027 | Unsecured Creditors | $24,906.62 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR »» 028 | Unsecured Creditors | $23,671.57 | $0.00 | $0.00 |
| 30 | PENTAGON FEDERAL CREDIT UNION »» 029 | Unsecured Creditors | $387.44 | $0.00 | $0.00 |
| 31 | PENNYMAC LOAN SERVICES LLC »» 14P | Secured Creditors | $13,026.44 | $0.00 | $0.00 |
| 32 | MOHELA ON BEHALF OF »» 030 | Unsecured Creditors | $129,251.41 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,420.00 | Current Monthly Payment: | $1,218.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($887.00) |
| Paid to Trustee: | $842.00 | Total Plan Base: | $70,869.00 |
| Funds on Hand: | $7,578.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.