United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jamaal Wheaton  
Kashara Wheaton  
    Debtors

Case No. 23-13586-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Oct 03, 2024      Form ID: 155      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jamaal Wheaton, Kashara Wheaton, 1185 Edgemoor Ct., Lancaster, PA 17601-5197 |
| 14834059 | + | Highmark Blue Shield, P.O. Box 382178, Pittsburgh, PA 15251-8178 |
| 14834060 | #+ | Infinia Search Inc., 685 Unionville Rd, Kennett Square, PA 19348-1764 |
| 14841732 | + | Jefferson Capital Systems LLC Assignee, for Security National Automotive Accept, Tiffany & Brown, 770 Independence Circle, Virginia Beach, VA 23455-6452 |
| 14834061 | + | Lancaster Behavioral Health, 333 Harrisburg Ave, Lancaster, PA 17603-2951 |
| 14834064 | + | Michelle Wheaton, 9027 W. Elm St. Apt #2, Phoenix, AZ 85037-1152 |
| 14840236 | + | PENNYMAC LOAN SERVICES, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14834069 | + | Penn Medicine Lancaster General Health, P.O. Box 824809, Philadelphia, Philadelphia, PA 19182-4809 |
| 14852192 | + | Robert M. Sebia, Esq., Elliott Greenleaf, P.C., 925 Harvest Drive, Suite 300, Blue Bell, PA 19422-1956 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14846984 | | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:17:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14834028 | + | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:17:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14834031 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 04 2024 11:27:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14835578 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:17:48 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14835979 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:17:49 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14834032 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 00:40:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14834035 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 04 2024 00:17:48 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14835980 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:40:31 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 |

Case 23-13586-pmm   Doc 56   Filed 10/05/24   Entered 10/06/24 00:35:39   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 155 | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14835926 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:17:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14852108 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:40:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14845318 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 00:17:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:40:52 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14834036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14834037 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 11:27:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14834038 | + | Email/Text: bankruptcy@credencerm.com | Oct 04 2024 11:27:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 14834039 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 00:40:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14834041 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 04 2024 11:27:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14847109 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14838941 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14834053 | + | Email/Text: mrdiscen@discover.com | Oct 04 2024 11:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14834056 | | ^ MEBN | Oct 04 2024 11:21:30 | Elliott Greanleaf, P.C., 925 Harvest Drive, Suite 300, Blue Bell, PA 19422-1956 |
| 14834057 | | ^ MEBN | Oct 04 2024 11:21:10 | Figure Lending, Attn: Bankruptcy, P.O. Box 40534, Reno, NV 89504-4534 |
| 14847854 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 11:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14844895 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:40:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14834062 | + | Email/Text: Documentfiling@lciinc.com | Oct 04 2024 11:26:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14834063 | | ^ MEBN | Oct 04 2024 11:20:52 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 14834065 | | Email/Text: EBN@Mohela.com | Oct 04 2024 11:26:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14881898 | | Email/Text: EBN@Mohela.com | Oct 04 2024 11:26:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14848535 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 04 2024 11:27:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14839998 | | ^ MEBN | Oct 04 2024 11:21:02 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14852742 | | Email/Text: bkrgeneric@penfed.org | Oct 04 2024 11:26:00 | Pentagon Federal Credit Union, PO Box 1432, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Alexandria, VA 22323 |
| 14834070 | + | Email/PDF: ebnotices@pnmac.com | Oct 04 2024 00:40:53 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14847655 | + | Email/PDF: ebnotices@pnmac.com | Oct 04 2024 00:17:50 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14849945 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14852655 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14852654 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14852719 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14852739 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group, LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14834071 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:54 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14834072 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:17:47 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14834073 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:30 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14841736 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 04 2024 11:27:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 14834075 | + | Email/Text: LCI@upstart.com | Oct 04 2024 11:26:00 | Upstart, 2950 S. Delaware Street, San Mateo, CA 94403-2577 |
| 14834074 | + | Email/Text: LCI@upstart.com | Oct 04 2024 11:26:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14836857 | ^ | MEBN | Oct 04 2024 11:20:59 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14834029 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14834030 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14834033 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14834034 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14834040 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14834042 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834043 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834044 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834045 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834046 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834047 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834048 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834049 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834050 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

| | | |
|---|---|---|
| 14834051 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834052 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14834054 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14834055 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14834066 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14834067 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14834068 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14834058 | ##+ | Fox Pest Control, 5020 Ritter Road Suite 203, Mechanicsburg, PA 17055-4837 |

TOTAL: 0 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

**Name** — **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MATTHEW LAZARUS
   on behalf of Debtor Jamaal Wheaton matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com

MATTHEW LAZARUS
   on behalf of Joint Debtor Kashara Wheaton matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com

REGINA COHEN
   on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

REGINA COHEN
   on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Form 155 (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Jamaal Wheaton ) | Case No. 23−13586−pmm |
| ) | |
| ) | |
|   Kashara Wheaton ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 3, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court