Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13586-PMM**

Jamaal Wheaton  
Kashara Wheaton  
1185 Edgemoor Ct.  
Lancaster PA 17601

Petition Filed Date: 11/28/2023  
341 Hearing Date: 02/06/2024  
Confirmation Date: 10/03/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $1,218.00 | | 09/04/2024 | $1,282.00 | | 10/02/2024 | $1,282.00 | |
| 11/01/2024 | $1,282.00 | | 12/03/2024 | $1,282.00 | | 01/02/2025 | $1,282.00 | |
| 02/03/2025 | $1,282.00 | | 03/04/2025 | $1,282.00 | | 04/02/2025 | $1,282.00 | |
| 05/02/2025 | $1,282.00 | | 06/03/2025 | $1,282.00 | | 07/02/2025 | $1,282.00 | |

**Total Receipts for the Period: $15,320.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,804.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $2,814.00 | $2,814.00 | $0.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $4,330.48 | $0.00 | $4,330.48 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $943.34 | $0.00 | $943.34 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,847.50 | $0.00 | $2,847.50 |
| 4 | US DEPARTMENT OF EDUCATION »» 004 | Unsecured Creditors | $73,993.26 | $0.00 | $73,993.26 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $6,480.08 | $0.00 | $6,480.08 |
| 6 | CARVANA, LLC/BRIDGECREST »» 006 | Secured Creditors | $1,613.00 | $472.71 | $1,140.29 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,558.96 | $0.00 | $4,558.96 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $632.50 | $0.00 | $632.50 |
| 9 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $922.47 | $0.00 | $922.47 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $2,774.11 | $0.00 | $2,774.11 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $397.75 | $0.00 | $397.75 |
| 12 | AMERICAN EXPRESS NATIONAL BANK »» 012 | Unsecured Creditors | $884.43 | $0.00 | $884.43 |
| 13 | DISCOVER BANK »» 013 | Unsecured Creditors | $5,582.48 | $0.00 | $5,582.48 |
| 14 | PENNYMAC LOAN SERVICES LLC »» 014 | Mortgage Arrears | $46,007.41 | $13,483.65 | $32,523.76 |

**Chapter 13 Case No. 23-13586-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | DISCOVER BANK »» 015 | Unsecured Creditors | $2,847.50 | $0.00 | $2,847.50 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $252.18 | $0.00 | $252.18 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $330.25 | $0.00 | $330.25 |
| 18 | NAVY FEDERAL CREDIT UNION »» 018 | Unsecured Creditors | $533.40 | $0.00 | $533.40 |
| 19 | NAVY FEDERAL CREDIT UNION »» 019 | Unsecured Creditors | $1,330.52 | $0.00 | $1,330.52 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $144.26 | $0.00 | $144.26 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $283.68 | $0.00 | $283.68 |
| 22 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $1,622.19 | $0.00 | $1,622.19 |
| 23 | CAPITAL ONE AUTO FINANCE »» 23S | Secured Creditors | $319.26 | $87.56 | $231.70 |
| 24 | CAPITAL ONE AUTO FINANCE »» 23U | Unsecured Creditors | $2,095.58 | $0.00 | $2,095.58 |
| 25 | INFINIA SEARCH INC »» 024 | Unsecured Creditors | $88,578.19 | $0.00 | $88,578.19 |
| 26 | QUANTUM3 GROUP LLC AS AGENT FOR »» 025 | Unsecured Creditors | $25,498.11 | $0.00 | $25,498.11 |
| 27 | QUANTUM3 GROUP LLC AS AGENT FOR »» 026 | Unsecured Creditors | $26,716.39 | $0.00 | $26,716.39 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR »» 027 | Unsecured Creditors | $24,906.62 | $0.00 | $24,906.62 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR »» 028 | Unsecured Creditors | $23,671.57 | $0.00 | $23,671.57 |
| 30 | PENTAGON FEDERAL CREDIT UNION »» 029 | Unsecured Creditors | $387.44 | $0.00 | $387.44 |
| 31 | PENNYMAC LOAN SERVICES LLC »» 14P | Mortgage Arrears | $13,026.44 | $3,817.72 | $9,208.72 |
| 32 | MOHELA ON BEHALF OF »» 030 | Unsecured Creditors | $129,251.41 | $0.00 | $129,251.41 |
| 33 | CAPITAL ONE AUTO FINANCE »» 23P | Secured Creditors | $3,778.47 | $1,107.35 | $2,671.12 |
| 34 | COMENITY BANK/ULTA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | CREDENCE RESOURCE MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | FIGURE LENDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | FOX PEST CONTROL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | HIGHMARK BLUE SHIELD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | PENN MEDICINE LANCASTER GENERAL HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13586-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,804.00 | Current Monthly Payment: | $1,282.00 |
| Paid to Claims: | $21,782.99 | Arrearages: | $1,282.00 |
| Paid to Trustee: | $2,015.03 | Total Plan Base: | $75,084.00 |
| Funds on Hand: | $5.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.