United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 23-13586-pmm

Jamaal Wheaton                                                                     Chapter 13

Kashara Wheaton

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14844466 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 03 2026 01:23:52 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MATTHEW LAZARUS | on behalf of Debtor Jamaal Wheaton matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW LAZARUS | on behalf of Joint Debtor Kashara Wheaton matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0313-4                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 02, 2026                       Form ID: trc                                      Total Noticed: 1

REGINA COHEN

        on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

REGINA COHEN

        on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-13586-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Jamaal Wheaton
1185 Edgemoor Ct.
Lancaster PA 17601

Kashara Wheaton
1185 Edgemoor Ct.
Lancaster PA 17601

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/02/2026.

Name and Address of Alleged Transferor(s):

Claim No. 6: Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK  73118

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/04/26

Mohung Wong
**CLERK OF THE COURT**